<div style="color:red; text-align:center; font-weight:bold">
WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!
You were not billed for these documents.
Please see below.
</div>

## Selected docket entries for case 24−60013

Generated: 02/03/2025 16:49:46

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 03/15/2024 | 50 Appellant/Petitioner Brief Filed **DOCUMENT COULD NOT BE RETRIEVED!** | | PETITIONERS' BRIEF FILED. # of Copies Provided: 0. A/Pet's Brief deadline satisfied. Paper Copies of Brief due on 03/25/2024 for Petitioners National Automobile Dealers Association and Texas Automobile Dealers Association. [24−60013] REVIEWED AND/OR EDITED – The original text prior to review appeared as follows: APPELLANT'S BRIEF FILED by National Automobile Dealers Association and Texas Automobile Dealers Association. Date of service: 03/15/2024 via email – Attorney for Respondents: Aiken, Dasgupta, Hoffman; Attorney for Petitioners: Harris, VanDyke [24−60013] (Jeffrey Matthew Harris ) |