# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 26, 2024

Mr. Steffen Nathanael Johnson
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street, N.W.
5th Floor
Washington, DC 20006-3814

    No. 24-60013   National Automobile Assoc v. FTC
                    USDC No. P204800, RIN 3084-AB72

Dear Mr. Johnson,

You must submit the 7 paper copies of your amicus brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3. Exception: As of July 2, 2018, Anders briefs only require 2 paper copies.

The covers of your documents must be the following colors: Amicus briefs must be green. **<u>DO NOT INCLUDE ANY NOTICES WITHIN THE PAPER COPIES.</u>**

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shea E. Pertuit, Deputy Clerk
                              504-310-7666

cc:
    Mr. Benjamin Aiken
    Ms. Anisha Sasheen Dasgupta
    Mr. Jeffrey Matthew Harris
    Ms. Tara Helfman
    Mr. Matthew Michael Hoffman
    Mr. Seanhenry Nathaniel VanDyke
    Ms. Julia Kim Whitelock